PERCIVAL E. JACKSON, as Trustee of a Trust Established by FRANK G. LYONS, Deceased, on His Own Behalf and on Behalf of All Other Owners and Holders of Certificates of Indebtedness, Series " BB " of Elmont Cemetery, Inc., Appellant, and IRMA W. JACKSON on Her Own Behalf and on Behalf of All Other Owners and Holders of Certificates of Indebtedness, Series " BB " of Elmont Cemetery, Inc., Intervener, Appellant, v. ELMONT CEMETERY, INC., et al., Respondents.

Argued October 18, 1949; decided November 17, 1949.

*Percival E. Jackson, Theodore N. Tarlau* and *I. Russell Stein* for appellants.

*Edward Lazansky* and *Horace F. Callaghan* for Elmont Cemetery, Inc., respondent.

*Isidor J. Kresel, Bernard Hershkopf, Harold I. Meyerson* and *Irving L. Weinberger* for Irving H. Glassir and another, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.